**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Bell

Plaintiff,

v.

Case No.: 1:26−cv−05445
Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Jorge L. Alonso:Since the Court granted Plaintiff's request to effect service of process electronically [11, 16], the Seventh Circuit held that service by email on a Chinese defendant is only proper if the Hague Convention does not apply because the defendant's physical address remains unknown, even after reasonably diligent efforts to ascertain it. Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., 177 F.4th 793, 801 (7th Cir. 2026). Defendants in this case have not yet appeared or filed an answer. As such, Plaintiff is directed to file a status report in which Plaintiff will update the Court on efforts to accomplish service of process in accordance with Kangol by 8/21/26. The Court sets a telephonic status hearing for 8/26/26 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.