**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM BELL,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05445

Judge Jorge L. Alonso

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | anyangyongzhengshangmaoyouxiangongsi |
| 2 | 时代童具商品 |
| 3 | zhiuen |
| 4 | 美眉饰科 |
| 5 | HANUT |
| 6 | pingdingshanshixinyadianzixinxijishuyouxiangongsi |
| 7 | shi ERGDGRTG POSTER |
| 8 | shan shan Promotion poster |
| 9 | Painting Wall Workshop |
| 10 | Memories on the Wall |
| 11 | Lonely Poster |
| 12 | Super Mingle |
| 13 | CHENJJJJJJJJ Artistic Canvas Poster |
| 14 | Editor Network |
| 15 | NewTopchic |

| | |
|---|---|
| 16 | topliu |
| 17 | ZYAdian |
| 18 | YYliniuing |
| 19 | Quincy Decorating |
| 20 | S R Decorative painting monopoly |

This terminates the action.

DATED: August 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 19, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt